UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** William N. Belezos                                    **Case/AP Number** 10-11330 **-FJB**
                                                                  **Chapter** 13

    #22 Chapter 13 Trustee's Motion to Dismiss Case for Failure to Make Plan Payments notice of objections/responses with certificate of service and proposed order.  Objections due by 03/31/2011.  (ZZ-Bankowski, Carolyn)

**COURT ACTION:**

_____Hearing held

_____Granted    _____Approved    _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objections filed.  This case is hereby dismissed as the Debtor has failed to make plan payments.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____Dated: 04/01/2011
Frank J. Bailey
United States Bankruptcy Judge